UNITED STATES DISTRICT COURT
THE FIRST CIRCUIT
DISTRICT OF MASSACHUSETTS

RECEIPT # *55645*
AMOUNT $ *150 ᵐ CASH*
SUMMONS ISSUED *Y-1*
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. *01*
DATE *5-4-04*

Solomon Upshaw,                    )
                                   )
U Transport Logistics, ltd         )
                                   )
        Plaintiff                  )
                                   )
v.                                 )        Civil Action No.
                                   )
                                   )
Jennifer L. Warren,                )
                                   )
Oasis Capital, Inc.                )
                                   )
        Defendants.                )

04 10880 MEL

MAGISTRATE JUDGE *Alexander*

Complaint

Parties

1) Plaintiff Solomon Upshaw, Citizen of MA., and the United
States, 49 Cookson Terrace, Mattapan, MA 02126


2) Defendant Jennifer L. Warren, Pres., Oasis Capital, Inc.,
I CenterPointe Dr., LaPalma, CA. 90623


Jurisdiction

Pursuant to 15 USC, Section 1692(d) An action to enforce any
liability created by this subchapter may be brought in any
appropriate United States District Court without regard to the
amount in controversy within one year.


Venue

Pursuant to 15 USC, Section 1692i In which such consumer sign-
ed the contract sued upon; or in which such consumer resides
at the commencement of the action.

1

Pursuant to 15 USC, Section 1692k. Civil Liability (a) damages is 7,500.00 plus cost.

Respectfully Submitted,

By _Solomon Upshaw_

Solomon Upshaw Pro Se
49 Cookson Terrace
Mattapan, MA. 02126
617 296 9671