AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

U.S. Federal Court District of MASSACHUSETTS

Solomon Upshaw

V.

SUMMONS IN A CIVIL CASE

Jennifer L. Warren, Pres,

CASE NUMBER: 04-10880 MEL

04CV10880 MEL

TO: (Name and address of Defendant)

Jennifer L. Warren
Oasis Capital, Inc.
1 Centerpointe Dr.
La Palma, CA. 90623

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Solomon Upshaw
49 Cookson Terrace
Mattapan, MA. 02126

an answer to the complaint which is served on you with this summons, within __10__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    TONY ANASTAS

(By) DEPUTY CLERK

DATE  5-4-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/4/04 |
| NAME OF SERVER (PRINT) Solomon Upshaw | TITLE Pres/owner |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I Solomon Upshaw certify that I served a copy of complaint and summon on the defendant by first class U.S. mail, postage paid on 5/4/04 U.S. Post Office.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/4/04
         Date

Signature of Server

49 Cookson Terrace, Mattapan, MA
Address of Server
02126

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.