UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOLOMON UPSHAW, <br> U TRANSPORT LOGISTICS, LTD., <br> Plaintiff, <br><br> v. <br><br> JENNIFER L. WARREN, President <br> OASIS CAPITAL, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-10880-MEL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF JENNIFER L. WARREN

Jennifer L. Warren, being duly sworn, hereby deposes and states:

1. I make this affidavit on my own personal knowledge.

2. I am the President of Oasis Capital, Inc., a California corporation engaged in the business of the issuance of property broker trust fund agreements entitled "BMC 85" authorized and approved by the Federal Motor Carrier Safety Administration a/k/a Dept. of Transportation.

3. I do not and never have lived or worked in Massachusetts. To the best of my knowledge, I do not have an interest in any real or personal property in that state. To the best of my knowledge, Oasis Capital, Inc. has received only minimal revenues from business in Massachusetts.

4. I personally have no contacts, relationship or interaction of any kind with Solomon Upshaw and never have.

Signed this 17th day of May, 2004 under the pains and penalties of perjury.

_Jennifer L. Warren_
Jennifer L. Warren