UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 12: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

SOLOMON UPSHAW,

U TRANSPORT LOGISTICS, LTD.,
    Plaintiff,

v.

JENNIFER L. WARREN, PRESIDENT
OASIS CAPITAL, INC.,
    Defendant,

C.A. No. 04-10880-MEL

MOTION TO DENY DISMISS

  Plaintiff, Solomon Upshaw, Pres., U Transport Logistics, Ltd., Motion that Deny Defendant, Jennifer L. Warren, Pres., Oasis Capital, Inc., Dismiss Complaint C.A. No. 04-10880 MEL, pursuant to Fed.R. Civ. P. 12(b)(2), 12(b)(5), 12(b)(6). The basis to deny motion to dismiss:

1. See copy of document exhibit copy came by United States Mail title "Specialists in Broker's Needs, and "Staffed by experienced transportation consultants.

2. Plaintiff served defendant Jennifer L. Warren, Pres. Oasis by first class U.S. Mail and return receipt. see copy exhibit.

3. Solomon Upshaw, Federal Property Broker does business pursuant to Title 49 U.S.C., Section 13904, 13906, and the rules and regulation of the Federal Highway Administration, Federal Motor Carrier Safety Administration, see B.M.C. 85 Property Broker's Trust Fund Agreement under 49 U.S.C., Section 13906(b), exhibit.

4. Defendant Trustee Jennifer L. Warren, liability November 11, 2003, owe 7500.00 US dollars and cost.

Pursuant to 15 U.S.C., Section 1692(d). Jurisdiction, an action to enforce liability created by this subchapter may be brought in any appropriate United States district court without regard to the amount in controversy within one year from the violation. Deny award or costs to defendant, deny dismiss of debt owed to Plaintiff.

Wherefore, award 7500.00 and cost to plaintiff.

Respectfully Submitted,

By *[signature]*
Solomon Upshaw Pro Se
49 Cookson Terrace
Mattapan, MA. 02126

I, Solomon Upshaw certify that I served a copy of this motion upon Jennifer L. Warren, et al. Attorneys Dana E. Casher by first class U.S. mail, postage paid, May 25, 2004.

*[signature]*