UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 JUN -3 A 11: 21
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SOLOMON UPSHAW,<br>U TRANSPORT LOGISTICS, LTD.,<br>    Plaintiff,<br><br>v.<br><br>JENNIFER L. WARREN, President<br>OASIS CAPITAL, INC.,<br>    Defendant, | C.A. No. 04-10880-MEL |

## OPPOSITION TO MOTION TO DENY DISMISS [SIC]

The Defendant, "Jennifer L. Warren, Pres., Oasis Capital, Inc." hereby opposes the "Motion to Deny Dismiss" filed by "Solomon Upshaw, pro se." As grounds therefor, the Defendant states:

1.   U Transport Logistics, Ltd. is a duly organized Massachusetts corporation (see Exhibit A annexed hereto and incorporated herein by reference), which, as a matter of law, must be represented by a licensed attorney to proceed with legal action.

2.   There is a contractual relationship between Oasis Capital, Inc. and U Transport Logistics, Ltd. However, Solomon Upshaw is not a party to that contract. Furthermore, neither the complaint nor the Motion to Deny Dismiss filed in this action articulate even colorable claims based upon that contract.

3.   In the interests of brevity and judicial economy, the Defendant incorporates herein the arguments set forth in the Motion to Dismiss filed with this Honorable Court on May 17, 2004 rather than reiterating them.

WHEREFORE, the Defendant(s) oppose the "Motion to Deny Dismiss" and ask that it

be denied and that the Complaint be dismissed for the reasons set forth in the Motion to Dismiss on file in this matter. The Defendant seeks recovery of the costs of defense of this frivolous motion, in addition to the relief previously sought.

DEFENDANTS,
By their Attorneys,

_____
Dana E. Casher
Krulewich, Casher, P.C.
50 Staniford Street
Boston, MA 02114
(617) 367-1200
BBO# 551037

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

I certify that I served the foregoing on the Plaintiffs by mailing a copy to them at 49 Cookson Terrace, Mattapan, MA 02126.

_____
Dana E. Casher