UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOLOMON UPSHAW,
U TRANSPORT LOGISTICS, LTD
        Plaintiff(s)

v.

CIVIL ACTION NO. 04-10880-MEL

JENNIFER L. WARREN, President
OASIS CAPITAL, INC.
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

LASKER, S.D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accordance with the Order dated July 8, 2004. The defendant Jennifer L. Warren, President Oasis Capital, Inc.'s motion to dismiss is allowed and the complaint is DISMISSED without prejudice.

TONY ANASTAS, CLERK

Dated: July 13, 2004

/s/ George H. Howarth
( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.

(judgciv.frm - 10/96)    [jgm.]